UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LLOYD HOPKINS,

          Plaintiff,

v.                                                         Case No. 22-cv-972-bhl

UNITED STATES OF AMERICA, et al

          Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT

      Plaintiff Lloyd Hopkins filed this suit in Racine County Circuit Court on August 2, 2022. (ECF No. 1-2.) On August 24, 2022, the United States removed the case to this Court. (ECF No. 1.) Several parties subsequently moved to dismiss: the United States filed a motion to dismiss on September 2, Defendants Carrol and Gaynor filed a motion to dismiss on September 23, and Defendant Bundi filed a motion to dismiss on October 28. (ECF Nos. 3, 8 & 13.) On November 30, Magistrate Judge Nancy Joseph screened the complaint and issued a report and recommendation on Defendants' motions to dismiss. (ECF No. 16.) Under 28 U.S.C. Section 636(b)(1), Hopkins had 14 days to file and serve written objections to Judge Joseph's report. No such objections were ever filed, and attorney for Defendants Carrol and Gaynor filed a letter stating no objections to Judge Joseph's report. (*See* ECF No. 19.)

      When no objections are raised, a magistrate's report is reviewed only for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) (citing *Goffman v. Gross*, 59 F.3d 668, 671 (7th Cir. 1995); *Campbell v. United States Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)). After careful consideration of the Report and Recommendations as well as the record as a whole, the Court will adopt it and order the case dismissed.

      Accordingly,

      **IT IS HEREBY ORDERED** that Magistrate Judge Joseph's Report and Recommendation, ECF No. 16, is adopted, and Hopkins's complaint is **DISMISSED** for failure to prosecute. The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin on December 15, 2022.

        s/ *Brett H. Ludwig*
        BRETT H. LUDWIG
        United States District Judge